

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-20-00365-CV |
| Trial Court Cause Number: | 2020-19597 |
| Style: | Gregorius  Brown |
| | **v**  Gloria  L.  Brown |
| Date motion filed*: | August 10, 2021 |
| Type of motion: | Motion for En Banc Reconsideration |
| Party filing motion: | Appellant |
| Document to be filed: | |

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
       ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris

Date:  October 28, 2021